## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**  
Clerk

**DANIEL R. MCALLISTER**  
Chief Deputy

Alexander Pirnie Federal Building  
10 Broad Street  
Utica, New York 13501  
(315) 793-8151

September 25, 2025

Harmeet K. Dhillon, Assistant Attorney General  
Michael E. Gates, Deputy Assistant Attorney General  
Maureen S. Riordan, Esq.  
Timothy F. Mellett, Esq.  
Department of Justice,  
Voting Section, Civil Rights Division  
150 M. St. NE, Ste 8-139  
Washington, DC 20009

RE: The United States of America vs. Board of Elections of the State of New York, et al.  
NYND CASE NO. 1:25-CV-1338 (MAD/PJE)

Dear Sir or Madam:

Please be advised that the above case was filed September 25, 2025, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission or Pro Hac Vice Admission, instructions can be found on our website at https://www.nynd.uscourts.gov/attorney-admissions. Admission forms can be found at https://www.nynd.uscourts.gov/file/attorney-admissions-application-packet. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By:   s/ Helen M. Reese  
      Case Processing Specialist

cc: Eric V. Neff, Esq. (via CM/ECF)  
    John A. Sarcone III, Esq. (via CM/ECF)  
    NDNY File