# Exhibit A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al.,<br><br>*Defendants.* | Case No. 1:25-cv-01338-MAD-PJE |

### DECLARATION OF ANTHONY P. ASHTON

I, Anthony P. Ashton, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am Senior Associate General Counsel of the National Association for the Advancement of Colored People ("NAACP"), and I have served in that position since October 2020. I am a lifetime member of the NAACP.

3. The NAACP is headquartered in Baltimore, Maryland, and operates across the entire country, including New York.

4. The NAACP was founded in 1909 by pioneers of racial justice in the United States. The NAACP is the oldest and largest civil rights organization in the United States. Its mission is to achieve equality, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color.

5. The NAACP is a non-partisan organization that maintains many units, including state and state-regional conferences that cover every state plus the District of Columbia. The

NAACP has over two thousand local branches, college chapters, prison chapters, and youth councils. In total, the NAACP has approximately 200,000 members, including approximately 13,000 in New York.

6. As Senior Associate General Counsel for the NAACP, I work to address legal concerns of the National NAACP, the various NAACP units, and individual NAACP members. I am familiar with the various challenges that our members face, including challenges related to voting rights, civil rights, and privacy concerns.

7. The NAACP has a long history of its members and constituents facing legal retaliation for their advocacy around civil rights and voting rights. Accordingly, the NAACP has a proud tradition of fighting for and protecting its members, constituents, and the Black community at large from legal retaliation. In a seminal case on the First Amendment, the NAACP successfully defended against the disclosure of its membership lists to the State of Alabama on the basis of the right to free association. *See NAACP v. Alabama*, 357 U.S. 449 (1958). The NAACP maintains this longstanding tradition of protecting members and supporters from the unlawful disclosure of their personal information in response to government overreach and unlawful invasions of privacy.

8. Among our many initiatives, the NAACP works to mobilize voters through robust non-partisan civic engagement and election-related programming. For example, NAACP, in conjunction with partners across the country, has launched programs focused on turning out voters through direct voter contact, mass communication, targeted digital mobilization, and SMS texting. In the lead up to the 2024 elections, the NAACP recruited over 100,000 volunteers across the country to execute these programs. The NAACP has also engaged in voter protection efforts, advocating on behalf of voters across the country to ensure that the law is followed and that the right to vote is respected and protected. These efforts include litigation, a voter protection hub and

voter guides, and voter protection command centers staffed by dozens of lawyers and law students. Naturally, voter registration is crucial to all of these civic engagement efforts. The NAACP is currently taking steps to educate and register voters for elections, including referenda, taking place in November 2025. The NAACP is currently a party in lawsuits to protect voting rights and is seeking judgments that will impact the 2026 elections. As it does in every election cycle, the NAACP anticipates ramping up its election voter protection efforts as the 2026 elections draw near.

9.     The NAACP plays a crucial role for its members and constituents as the Black community's most trusted messenger and the country's largest civil rights organization, especially in a public square rife with political noise and distractions.

10.    I understand that the Department of Justice has recently sued New York in order to obtain complete, unredacted voter registration data of all voters in the state, including their driver's license numbers and partial social security numbers. If the Department of Justice is successful in obtaining this information, it will harm NAACP's mission and ability to successfully execute its programs by risking the sensitive data of its members and constituents. Such efforts amount to government-sanctioned voter intimidation. This will deter our members from engaging in the political process for fear of government mishandling or weaponization of such data, including through improper removal of voters from the rolls.

11.    My concerns are exacerbated by the fact that the current administration has targeted people with whom it disagrees, or whose voices it thinks should be silenced, by using any and all information and resources within its possession against such people. This includes using information held by federal agencies against political opponents, such as the recent public disclosure of a New Jersey gubernatorial candidate's military records, which contained various

pieces of sensitive and confidential personal details. Similarly, many of our community members are disturbed by efforts by the so-called Department of Government Efficiency ("DOGE") to obtain social security data of all Americans, despite questionable data management policies by that agency and the perception that, without seeking or obtaining consent from millions of the affected Americans, this confidential information may end up in the hands of private actors.

12. Unfortunately, the NAACP, its members, and its constituents have been singled out and targeted many times over the years by government officials and other individuals who disagree with our mission. Our leaders and politically vocal members, for example, have been targeted with unjust espionage and investigation—and sometimes even physical violence—because of their advocacy efforts. Against this backdrop, the prospect of disclosures of mass amounts of sensitive voter data to the Department of Justice is especially chilling for the NAACP and its members.

13. I am concerned that disclosure of voters' private information on New York's voter rolls will deter qualified voters in our communities from participating in the franchise. That is particularly so because the Department of Justice's efforts do not reflect good faith efforts to improve the electoral system or voter rolls. Instead those efforts appear driven by a desire to perpetuate misinformation and disinformation about of non-existent voter fraud and to punish people who oppose the President's agenda. The federal government's demand for New York's complete voter registration list is likely to sow distrust of the electoral system, which further frustrates our mission to convince community members to trust and make their voices heard at the ballot box. These concerns are especially notable for voters who are most skeptical of the electoral system and worried about improper government scrutiny, including younger voters, voters who are naturalized citizens, first-generation voters, and voters who were formerly incarcerated.

14. In addition to my concerns about the Department of Justice misusing personal voter data, I am also concerned about whether they will properly maintain and protect such data if they obtain it. The actions that the Department of Justice has taken to compel the production of sensitive personal information of New York voters, as well as voters across the country, do not give me confidence that the Department will respect federal or state privacy laws or be a reliable custodian of the personal information of the communities NAACP works with in New York. As explained, many of our members are disturbed by reports of DOGE negligently storing sensitive Social Security information. As a result, I am extremely concerned about the improper disclosure of the personal information of community members that NAACP works with and seeks to enfranchise. The risk of such improper disclosure further discourages the community members we serve from registering to vote.

15. The threat that voters' personal information may be provided to the federal government will frustrate the work of NAACP. A major goal of our civic engagement work is to encourage all eligible New York voters to be informed and to exercise their rights as American citizens by participating in the electoral process. That work could become significantly more difficult if our members and constituents believe they could be punished, scrutinized, or investigated simply for registering to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 9/30/2025

*Anthony Ashton*
Anthony P. Ashton