# Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-01338-MAD-PJE |

### DECLARATION OF L. JOY WILLIAMS

I, L. Joy Williams, declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am the President of the National Association for the Advancement of Colored People New York State Conference ("NAACP NYS"), Proposed Intervenor in the above-captioned matter. I have served as President since March 1, 2025. As President of NAACP NYS, I am responsible for overseeing all NAACP NYS's branches, college chapters, and youth councils within New York State, which includes encouraging and assisting in the development of each branch's programs. I have been involved in NAACP NYS for two decades, having first joined the Brooklyn branch as a general member in 2005. Prior to becoming President of NAACP NYS, I held the positions of At-Large Member of the Executive Committee, Second Vice President, First Vice President, and President of the Brooklyn branch.

3. NAACP NYS is a non-partisan organization with members and constituents across the state of New York. The mission of NAACP NYS is to ensure political, educational, and economic justice for people of African descent. In furtherance of that mission, NAACP NYS

works to remove all barriers of racial discrimination through democratic processes, to educate voters on their constitutional rights, and to take all lawful action to secure the exercise of those rights. NAACP NYS pursues this mission by, among other things, engaging in voter mobilization and registration. NAACP NYS was originally formed in 1936; its efforts at promoting and protecting the franchise stretch back nearly a century.

4. NAACP NYS works with over 50 branches, college chapters, and youth councils across New York, which in total represent in excess of 12,000 members across the state.

5. NAACP NYS has been a vital component of the National Association for the Advancement of Colored People ("NAACP"), one of the most effective and respected civil rights organization in the nation, for nearly all of the NAACP's history. Its mission is to achieve equality, political rights, and social inclusion by advancing policies and practices that expand human and civil rights, eliminate discrimination, and accelerate the well-being, education, and economic security of Black people and all persons of color. NAACP NYS has played a pivotal role in moving the agenda for freedom and equality forward, and it is committed to the motto of "Never Going Back."

6. The NAACP, including NAACP NYS, has a long history of members and constituents facing legal retaliation for their advocacy around civil rights and voting rights. Accordingly, the NAACP, and NAACP NYS, have a long tradition of fighting for and protecting its members, constituents, and the Black community at large from legal retaliation. In one particularly seminal case, the NAACP successfully defended against the disclosure of its membership lists to the State of Alabama on the basis of the right to free association. *See NAACP v. Alabama*, 357 U.S. 449 (1958). NAACP NYS maintains this longstanding tradition of protecting

members and supporters from the unlawful disclosure of their personal information in response to government overreach or invasion of privacy.

7. Among its many initiatives, NAACP NYS acutely focuses on voter registration. Ensuring that our members and constituents are registered to vote is crucial to our broader civil rights-focused mission. Consequently, we often work with schools and local youth groups to register young voters. And we likewise partner with organizations supporting previously incarcerated citizens, focusing on the restoration of their voting rights. The NAACP—and the New York State Conference in particular—is able to perform this work effectively because it is viewed as a trusted source of information and support in our community.

8. NAACP NYS's voter registration and engagement work is essential, as the communities we serve have long dealt with both intentional and unintentional disenfranchisement at the hands of government officials. In recent years, for instance, we experienced what became known as the "Great Brooklyn Voter Purge" in 2016, where over 100,000 voters were mistakenly removed from Brooklyn voter rolls ahead of the presidential primary. At that time, there was a lot of confusion among voters about whether and how they could vote if they had been mistakenly removed from the voting rolls.

9. Similarly, many individuals returning to the community from incarceration face difficulties in restoring their voting rights. Many hear stories about individuals who register to vote prematurely before their voting rights are restored and later face legal liability for what was an innocent mistake. NAACP NYS expends significant time and resources educating these individuals about their rights and ensuring that they are able to register in accordance with the law.

10. I understand that the Department of Justice has recently sued New York in order to obtain complete, unredacted voter registration data of all voters in the state, including their driver's

license numbers and partial social security numbers. If the Department of Justice is successful in obtaining this information, it will harm NAACP NYS's mission by risking the sensitive data of its members and constituents, thereby deterring its members from engaging in the political process for fear of government mishandling or weaponization of such data, including through improper removal of voters from the rolls. This disclosure could greatly damage our public standing as an organization that routinely pulls individuals into the political process who would otherwise avoid it.

11. My concerns are exacerbated by the fact that the current administration has targeted people it disagrees with, or whose voices it thinks should be silenced, by using any and all information and resources within its possession against such people. This includes using information held by federal agencies against political opponents, like the recent disclosure of a New Jersey gubernatorial candidate's military records. Similarly, many of our community members are aware of, and disturbed by, efforts by the so-called Department of Government Efficiency ("DOGE") to obtain social security data of all Americans, despite questionable data management policies by that agency.

12. Thus, I worry that disclosure of New York's voter registration rolls will deter qualified voters in our communities from registering to vote or engaging in the political process, for fear that they will be surrendering their personal information to an administration eager to weaponize such information against opponents. That is particularly so because the Department of Justice's efforts seem driven by a desire to spread false allegations of voter fraud and to punish people who oppose the President's agenda, rather than by any good faith effort at improving the electoral system or voter rolls. The federal government's demand for New York's complete voter registration list is likely to sow distrust of the electoral system, further frustrating our mission,

which requires convincing community members to trust and engage in the political process. That is particularly so among groups of voters most skeptical of the electoral system and worried about improper government scrutiny, including younger voters, naturalized citizen voters, and voters who were formerly incarcerated.

13. In addition to my concerns about the Department of Justice misusing personal voter data, I am also concerned about whether they will properly maintain and protect such data. The actions that the Department of Justice has taken to compel the production of sensitive personal information of New York voters do not give me confidence that the Department will respect federal or state privacy laws or be a reliable custodian of the personal information of the communities NAACP NYS works with across the state. As explained, many of our members are disturbed by reports of DOGE negligently storing sensitive Social Security information. As a result, I am extremely concerned about the improper disclosure of the personal information of community members that NAACP NYS works with and seeks to enfranchise. The risk of such improper disclosure further discourages the community members we serve from registering to vote.

14. The threat that voters' personal information may be provided to the federal government will frustrate the work of NAACP NYS. A major goal of our civic engagement work is to encourage all New Yorkers to be informed and to exercise their rights as American citizens by participating in the electoral process. That work could become significantly more difficult if our members and constituents believe they could be punished, scrutinized, or investigated simply for registering to vote.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/1/2025

*L. Joy Williams*
L. Joy Williams

6