UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>      *Plaintiff,*<br><br> - against -<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al.,<br><br>      *Defendants.* | Case No. 1:25-cv-01338-MAD-PJE<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that Andrew G. Celli, Jr. of Emery Celli Brinckerhoff Abady Ward & Maazel LLP hereby appears as counsel for Intervenor Defendants the National Association for the Advancement of Colored People ("NAACP") and the NAACP New York State Conference in the above-captioned action, and requests that all papers filed through the ECF system be served upon him by email at acelli@ecbawm.com.

Dated: October 1, 2025
   New York, New York

              EMERY CELLI BRINCKERHOFF
              ABADY WARD & MAAZEL LLP

              By: /s/ Andrew G. Celli, Jr.
               One Rockefeller Plaza, 8th Floor
               New York, NY 10020
               acelli@ecbawm.com
               (212) 763-5000

               *Attorney for Intervenor Defendants*