UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA,

                *Plaintiff,*

   - against -

BOARD OF ELECTIONS OF THE
STATE OF NEW YORK, et al.,

                *Defendants.*

Case No. 1:25-cv-01338-MAD-PJE

**NOTICE OF APPEARANCE**

---

       PLEASE TAKE NOTICE that Katherine Rosenfeld of Emery Celli Brinckerhoff Abady Ward & Maazel LLP hereby appears as counsel for Intervenor Defendants the National Association for the Advancement of Colored People ("NAACP") and the NAACP New York State Conference in the above-captioned action, and requests that all papers filed through the ECF system be served upon her by email at krosenfeld@ecbawm.com.

Dated: October 1, 2025
       New York, New York

                          EMERY CELLI BRINCKERHOFF
                          ABADY WARD & MAAZEL LLP

                          By:  /s/  Katherine Rosenfeld
                              One Rockefeller Plaza, 8th Floor
                              New York, NY 10020
                              krosenfeld@ecbawm.com
                              (212) 763-5000

                              *Attorney for Intervenor Defendants*