IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al., *Defendants*. | Case No. 1:25-cv-01338-MAD-PJE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Omeed Alerasool of Elias Law Group LLP hereby appears as counsel for Intervenor Defendants the National Association for the Advancement of Colored People ("NAACP") and the NAACP New York State Conference in the above-captioned action, and requests that all papers filed through the ECF system be served upon him by email at oalerasool@elias.law.

Dated October 10, 2025

By : /s/ Omeed Alerasool
Omeed Alerasool
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 312-5904
oalerasool@elias.law