AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| The United States of America ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 25-cv-01338 (MAD) (PJE) |
| Board of Elections of the State of New York, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York.

Date: 11/21/2025

*Attorney's signature*

Yuval Rubinstein
*Printed name and bar number*
Office of the New York State Attorney General
28 Liberty Street
New York, NY 10005

*Address*

yuval.rubinstein@ag.ny.gov
*E-mail address*

(212) 416-8673
*Telephone number*

*FAX number*