

Office of the Assistant Attorney General

**U.S. Department of Justice**

Civil Rights Division

*950 Pennsylvania Avenue, N.W.*
*Washington, D.C. 20530*

November 21, 2025

**<u>Joint Request of Parties For Global Scheduling Conference</u>**

Hon. Mae A. D'Agostino
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, NY 12207

Dear Hon. Mae A. D'Agostino:

The parties in this matter have met and conferred in light of the federal government reopening. The United States and counsel for the Defendants currently represented in the case agree that, if the court is willing, a global scheduling conference may facilitate efficient proceedings in this litigation.

The parties also agree that there are substantial and realistic expectations that certain motions will be dispositive in this matter. The parties will want to discuss the timing for filing of pre-motion letters and subsequent filings, consistent with Your Honor's Individual Rules and Practices.

Therefore, absent instruction to the contrary, all parties would propose either an in-person or a telephonic conference at the court's convenience. If the meeting were to be telephonic, all parties would be available in short order. If the court prefers in person, counsel for Defendants request a date no sooner than the week of December 8, 2025.

Proposed intervenors have also been contacted and concur with this proposal.

Regards,

*/s/ Eric Neff*

Eric Neff
Trial Attorney
Civil Rights Division