IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al., *Defendants*. | Case No. 1:25-cv-01338-MAD-PJE |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Proposed Defendant-Intervenors the National Association for the Advancement of Colored People and the NAACP New York State Conference (collectively, "Proposed Intervenors") respectfully provide the Court notice of supplemental authorities supporting Proposed Intervenors' pending motion to intervene. Namely, federal courts in Oregon and Michigan hearing DOJ's parallel suits for those states' voter lists recently granted intervention as of right to individual voters and civic organizations to defend against DOJ's claims. Order, *United States v. Oregon*, No. 6:25-cv-01666 (D. Oregon Dec. 5, 2025), ECF No. 52; Order, *United States v. Benson*, No. 1:25-cv-01148 (W.D. Mich. Dec. 9, 2025), ECF No. 45. Prior to those two decisions under Rule 24(a)(2), a district court in California likewise granted intervention to several civic organizations on a permissive basis in another one of DOJ's myriad suits against states to obtain unredacted voter registration lists. *See* Minute Order, *United States v. Weber*, No. 2:25-cv-09149 (C.D. Cal. Nov. 24, 2025), ECF No. 70. Proposed Intervenors attach the Order in Oregon as Exhibit 1, and the Order in Michigan as Exhibit 2.

| | |
|---|---|
| *Respectfully submitted,* | Dated: December 10, 2025 |
| Andrew G. Celli, Jr. (Bar No. 105255)<br>Katherine Rosenfeld (Bar No. 511795)<br>Daniel M. Eisenberg (Bar No. 706811)<br>**EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP**<br>One Rockefeller Plaza, 8th Floor<br>New York, NY 10020<br>T: (212) 763-5000<br>F: (212) 763-5001<br>acelli@ecbawm.com<br>krosenfeld@ecbawm.com<br>deisenberg@ecbawm.com | <u>*/s/ Christopher D. Dodge*</u><br>Aria C. Branch**<br>Christopher D. Dodge*<br>Tina Meng Morrison*<br>Omeed Alerasool*<br>**ELIAS LAW GROUP LLP**<br>250 Massachusetts Ave. NW, Suite 400<br>Washington, DC 20001<br>T: (202) 968-4490<br>F: (202) 968-4498<br>abranch@elias.law<br>cdodge@elias.law<br>tmengmorrison@elias.law<br>oalerasool@elias.law<br><br>\* Application *pro hac vice* and Motion for Limited Admission granted<br><br>\*\* Application *pro hac vice* and Motion for Limited Admission forthcoming<br><br>*Counsel for Proposed Intervenors the National Association for the Advancement of Colored People and the NAACP New York State Conference* |