

**U.S. Department of Justice**

Civil Rights Division

*950 Pennsylvania Avenue, N.W.*
*Office of the Assistant Attorney General Washington, D.C. 20530*

December 12, 2025

**Parties' Joint Scheduling Proposal**

Hon. Mae A. D'Agostino
James T. Foley Courthouse
Suite 509
445 Broadway
Albany, NY 12207

Dear Hon. Mae A. D'Agostino:

Plaintiff and Defendants in this matter have met and conferred pursuant to the Court's Nov. 24 request. The existing parties are willing to dispense with any pre-motion letter requirements relative to any motions directed to the sufficiency of Plaintiff's complaint, if the Court agrees, and proceed directly to briefing any such motions. Counsel for these parties were able to come to an agreement on scheduling. The proposal is as follows:

- Dec. 30: All Answers or Motions directed to Plaintiff's complaint.
- Jan. 6: U.S. Opposition to Motions to Dismiss the Complaint.
- Jan. 20: Defendants' Replies in Support of Motions to Dismiss the Complaint.

The existing parties agree that extensions to the foregoing schedule would only be granted in extraordinary circumstances.

The United States would also like to inform the court that it has changed its position on Proposed Intervenors' Motions. ECF Nos. 7, 20. The United States previously indicated to counsel that it opposed the Motions. The United States now takes no position on any motions to intervene and submits to the court's discretion. Counsel was informed of this change in position via email.

Regards,

*Eric Neff*

Eric Neff
Acting Chief
Civil Rights Division