UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>- against -<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK, *et al.*,<br><br>Defendants. | No. 25-cv-1338 (MAD)(PJE) |

**DECLARATION OF YUVAL RUBINSTEIN IN SUPPORT OF DEFENDANT STATE OF NEW YORK'S MOTION TO DISMISS THE COMPLAINT**

**YUVAL RUBINSTEIN**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am a Special Litigation Counsel in the Office of the New York State Attorney General, and attorney for defendant State of New York ("State"), in the above-captioned action.

2. I submit this declaration in support of the State's motion to dismiss the Complaint for the limited purpose of providing the Court with documents that are referenced in the Complaint, or are publicly available and subject to judicial notice pursuant to Fed. R. Evid. 201.

3. A true and correct copy of the June 30, 2025 letter from Maureen Riordan addressed to Kristen Zebrowski Stavisky and Raymond Riley III is annexed as Exhibit A;

4. A true and correct copy of the August 14, 2025 letter from Harmeet K. Dhillon addressed to Kristen Zebrowski Stavisky and Raymond Riley III is annexed as Exhibit B;

5. A true and correct copy of the August 29, 2025 letter from Brian L. Quail and Kevin G. Murphy addressed to Maureen Riordan is annexed as Exhibit C;

6. A true and correct copy of the August 29, 2025 letter from Brian L. Quail addressed

to Maureen Riordan is annexed as Exhibit D;

7. A true and correct copy of the August 29, 2025 letter from Kevin G. Murphy addressed to Maureen Riordan is annexed as Exhibit E;

8. A true and correct copy of the November 26, 2025 amicus brief filed by 16 states in *U.S. v. Weber*, No. 25-cv-09149 (C.D. Cal.) is annexed as Exhibit F.

Dated: December 30, 2025
New York, New York

/s/
YUVAL RUBINSTEIN