# EXHIBIT D

Peter S. Kosinski
Co-Chair

Anthony J. Casale
Commissioner

Raymond J. Riley, III
Co-Executive Director

NEW YORK STATE | Board of Elections

40 NORTH PEARL STREET, SUITE 5
ALBANY, N.Y. 12207-2109
Phone: 518/474-8100 Fax: 518/486-4068
http://www.elections.ny.gov

Henry T. Berger
Co-Chair

Essma Bagnuola
Commissioner

Kristen Zebrowski Stavisky
Co-Executive Director

August 29, 2025

Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division
US Department of Justice
950 Pennsylvania Avenue, NW-4CON
Washington, DC 20530

Dear Ms. Riordan:

The Democratic Commissioners of the New York State Board of Elections, like election officials in most other jurisdictions across the country, cannot approve the release of voter files containing social security numbers and Department of Motor Vehicle identification numbers. Under New York Law, no portion of the social security number or DMV number is available for public disclosure. *See* N.Y. Election Law § 3-220(1); N.Y. Public Officers' § Law 96a.

The United States Department of Justice may request the appropriately redacted, public statewide voter registration list pursuant to New York's Freedom of Information Law. The convenient online portal and required attestation of election-related purposes with respect to the requested voter files are located here: https://elections.ny.gov/freedom-information-requests-foil. The request may be submitted via the "Submit a FOIL Request" button.

Any request duly made will be processed in the normal course, and in full compliance with 52 USC 20507(i)(1). *See Pub. Int. Legal Found., Inc. v. Bellows*, 92 F.4th 36, 56 (1st Cir. 2024) (noting federal law "does not require the disclosure of sensitive information that implicates privacy concerns..."). Moreover, federal courts have held states can redact social security numbers "in the voter registration application before public disclosure...[a]ccordingly, the proper redaction of certain personal information in the Voter File can further assuage the potential privacy risks implicated...." *Id*. And, of course, HAVA contains no disclosure or administrative document request provisions that would expand on the scope required under the NVRA. *See* 52 USC 21111.

It must be further noted that none of the authorities cited in your letters articulate a right to *unredacted* voter file information, and other federal laws prohibit its disclosure to the Department. *See, eg*, 18 USC § 2721 (b) (1) (Drivers Privacy Protection Act); 5 USC § 552 *et seq*. (requiring a System of Records Notice[1] which satisfies various procedural and substantive requirements and which would be required given the fact that, among other things, and upon information and belief, the Department of Justice has never before amalgamated unredacted voter files across multiple states, notwithstanding decades of enforcement history spanning administrations of both major political parties).

The Democratic Commissioners remain firmly committed to providing the Department of Justice any and all information necessary and proper to assess New York's compliance with federal laws. The New York State Board of Elections has a proud history of cooperation with the United States Department of Justice. To that end we are prepared upon proper request to provide the New York voter file with any portion of social security numbers and drivers' license numbers not included.

Very Truly Yours,

Brian L. Quail
Counsel

---

[1] A System of Records Notice is a public notification, required by the federal Privacy Act of 1974, that describes how a federal agency collects, stores, and maintains Personally Identifiable Information (PII) retrieved by a unique identifier. These notices are published in the Federal Register and outline the purpose of the data collection, the type of information gathered, how it's used and shared, and the process for individuals to access or amend their records.