# EXHIBIT E

Peter S. Kosinski
Co-Chair

Anthony J. Casale
Commissioner

Raymond J. Riley III
Co-Executive Director

NEW YORK STATE Board of Elections

40 NORTH PEARL STREET, SUITE 5
ALBANY, N.Y. 12207-2109
Phone: 518/474-8100 Fax: 518/486-4068
http://www.elections.ny.gov

Henry T. Berger
Co-Chair

Essma Bagnuola
Commissioner

Kristen Zebrowski Stavisky
Co-Executive Director

August 29, 2025

Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, NW – 4CON
Washington, DC 20530

Dear Ms. Riordan:

As stated in our previous agency response, the New York State Board of Elections is a bipartisan agency, typically requiring agreement between agency leadership of both parties to take official action. We do not have a consensus view on an agency response to your request for a complete statewide voter registration list, including driver's license numbers and the last four digits of Social Security numbers. As such, this letter serves as the Republican staff position.

We maintain that the information requested relating to the statewide voter registration list can and should be provided in its entirety, with an understanding that all personal identifying information contained within any version of this list be protected from public disclosure under all relevant provisions of both New York State and federal law.

The U.S. Department of Justice, in our view, has inherent authority to review an individual state's voter registration list as the federal agency tasked with enforcement of both HAVA and the NVRA. Both programs touch upon numerous critical components of the voter registration process, with HAVA, in particular, creating mandatory minimum standards for individual states relating to statewide voter registration lists.

While N.Y. Election Law § 3-220(1) does explicitly state that "a voter's driver's license number, department of motor vehicle non-driver photo ID number, social security number and facsimile number shall not be released for public inspection," we suggest that relying on this provision (1) ignores the major distinction between a Social Security Number and the last four digits thereof; and (2) perhaps more importantly, equates the DOJ request with one made under the Freedom of Information Law by a member of the public.

As we do not have consensus as an agency to provide the information requested, we are unable to fulfill these requests at this time.

A statewide voter registration list that includes neither driver's license numbers nor any portion of Social Security numbers will be provided in response to a FOIL request filed with our agency through our GovQA online FOIL Request Portal, which can be found at https://electionsny.govqa.us/WEBAPP/_rs/. We believe that this is in line with the Democratic staff position.

Please do not hesitate to contact our office if you have any further questions or require additional information.

Very truly yours,

Kevin G. Murphy
Co-Counsel