UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THE UNITED STATES OF AMERICA,

                              *Plaintiff,*              Case No.: 1:25-cv-01338 (MAD/PJE)

          v.

BOARD OF ELECTIONS OF THE STATE OF
NEW YORK, KRISTEN ZEBROWSKI STAVISKY,
in her official capacity as Co-Executive Director of the
Board of Elections of the State of New York,
RAYMOND RILEY, III, in his official capacity as
Co-Executive Director of the Board of Elections of the
State of New York, PETER KOSINSKI, in his official
Capacity as Commissioner of the Board of Elections
of the State of New York, HENRY BERGER, in his
official capacity as Commissioner of the Board of
Elections of the State of New York, ANTHONY
CASALE, in his official capacity as Commissioner of the
Board of Elections of the State of New York, ESSMA
BAGNUOLA, in her official capacity as Commissioner
of the Board of Elections of the State of New York, and
the STATE OF NEW YORK,

                              *Defendants.*
_____

### NOTICE OF MOTION TO DISMISS THE COMPLAINT

      **PLEASE TAKE NOTICE**, that Defendants Kristen Zebrowsky Stavisky, Henry Berger,

and Essma Bagnuola, upon the Declaration of Elliot A. Hallak, Esq., dated December 30, 2025,

and the exhibits thereto, and the Memorandum of Law, dated December 30, 2025, by and through

their attorneys, Harris Beach Murtha Cullina PLLC, will move this Court, before the Honorable

Mae A. D'Agostino, at the James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York

12207, at a date and time to be determined by the Court, for an Order pursuant to Rule 12(b)(6) of

the Federal Rules of Civil Procedure: (i) dismissing Plaintiff's Complaint in this action, with

prejudice, and (ii) granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the scheduling order issued by

the Court on December 19, 2025 (ECF No. 68), Plaintiff's responsive papers must be filed and

served by January 6, 2026, and reply papers must be filed and served by January 20, 2026.

Dated:   December 30, 2025

                                         HARRIS BEACH MURTHA CULLINA PLLC

By:   */s/ Elliot A. Hallak*_____
        Elliot A. Hallak
        Brian D. Ginsberg
        Lisa A. LeCours
        Daniel R. LeCours
        677 Broadway, Suite 1101
        Albany, New York 12207
        Telephone (518) 427-9700
        ehallak@harrisbeachmurtha.com
        bginsberg@harrisbeachmurtha.com
        llecours@harrisbeachmurtha.com
        dlecours@harrisbeachmurtha.com

*Attorneys for Defendants Kristen Zebrowski*
*Stavinsky, Henry Berger, and Essma Bagnuola*

TO:   Attorneys of Record (by ECF)