UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THE UNITED STATES OF AMERICA,

          *Plaintiff,*

v.

BOARD OF ELECTIONS OF THE STATE OF NEW YORK, KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the Board of Elections of the State of New York, RAYMOND RILEY, III, in his official capacity as Co-Executive Director of the Board of Elections of the State of New York, PETER KOSINSKI, in his official Capacity as Commissioner of the Board of Elections of the State of New York, HENRY BERGER, in his official capacity as Commissioner of the Board of Elections of the State of New York, ANTHONY CASALE, in his official capacity as Commissioner of the Board of Elections of the State of New York, ESSMA BAGNUOLA, in her official capacity as Commissioner of the Board of Elections of the State of New York, and the STATE OF NEW YORK,

          *Defendants.*

Case No.: 1:25-cv- 1338 (MAD/PJE)

**DECLARATION OF ELLIOT A. HALLAK, ESQ., IN SUPPORT OF MOTION TO DISMISS**

I, Elliot A. Hallak, Esq., declare under the penalties of perjury, and pursuant to 28 U.S.C. § 1746, that the following is true and correct and based upon my personal knowledge:

1. I am an attorney admitted to practice law before this Court and am a member/partner with Harris Beach Murtha Cullina PLLC, attorneys for Defendants Kristen Zebrowski Stavisky, Co-Executive Director of the Board of Elections of the State of New York ("State BOE"), Henry Berger, Commissioner of the State BOE, and Essma Bagnuola, Commissioner of the State BOE (hereinafter the "Commissioners").

2. I submit this Declaration in support of the Commissioners' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2

3. I am fully familiar with the facts and circumstances set forth in this Declaration, as well as the proceedings in this matter. If called upon, I could and would competently testify thereto.

4. Paragraph 42 of the Complaint describes a letter dated June 30, 2025, from the Department of Justice ("DOJ" or "Plaintiff") to the State BOE requesting information regarding New York's compliance with the Help America Vote Act ("HAVA"). A true and accurate copy of the June 30, 2025, letter is attached as **Exhibit 1**.

5. Paragraph 44 of the Complaint refers to a July 24, 2025 acknowledgement letter from the State BOE to DOJ. A true and accurate copy of the July 24, 2025, acknowledgement letter is attached as **Exhibit 2**.

6. Paragraph 45 of the Complaint refers to an August 14, 2025, letter from DOJ to the State BOE. A true and correct copy of the August 14, 2025, letter is attached as **Exhibit 3**.

7. Paragraph 48 of the Complaint refers to an August 29, 2025, letter response from the State BOE to DOJ including separate letter responses from the Commissioners and the Republican Staff. A true and correct copy of the August 29, 2025, letter response is attached as **Exhibit 4**.

Dated: December 30, 2025
      Albany, New York

By: __/s/ Elliot A. Hallak__
     Elliot A. Hallak