# EXHIBIT 2



Peter S. Kosinski
Co-Chair

Anthony J. Casale
Commissioner

Raymond J. Riley, III
Co-Executive Director

**NEW YORK STATE** | **Board of Elections**

40 NORTH PEARL STREET, SUITE 5
ALBANY, N.Y. 12207-2109
Phone: 518/474-8100    Fax: 518/486-4068
http://www.elections.ny.gov

Henry T. Berger
Co-Chair

Essma Bagnuola
Commissioner

Kristen Zebrowski Stavisky
Co-Executive Director

July 24, 2025

Maureen Riordan, Acting Chief, Voting Section
US Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW-4CON
Washington, DC  20530

Dear Ms. Riordan:

The New York State Board of Elections acknowledges receipt of your letter dated June 30, 2025.

At this time, the Board is reviewing the fifteen inquiries contained in the letter.

We write to advise that we anticipate responding by the end of August.

Sincerely,

Brian L. Quail
Office of Counsel

Kevin G. Murphy
Office of Counsel

State of New York
**STATE BOARD OF ELECTIONS**



40 N Pearl Street, Ste. 5
Albany, NY 12207-2729

Maureen Riordan
U.S. Department of Justice
Civil Rights Division, Voting Section
950 Pennsylvania Avenue, NW-4CON
Washington, DC  20530