**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 1:25-cv-1338 (MAD) (PJE) |
| BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al., | |
| *Defendants*. | |

**NOTICE OF MOTION OF THE DEMOCRATIC NATIONAL COMMITTEE**
**FOR LEAVE TO FILE AN AMICUS BRIEF**

Pursuant to Local Rule 7.2, the Democratic National Committee (DNC) respectfully moves for leave to submit a brief in this matter as amicus curiae. For the reasons set out in the supporting memorandum filed alongside this motion, this Court should exercise its discretion to allow the DNC to file an amicus brief. A proposed order and proposed amicus brief are attached hereto.

Consistent with Local Rule 7.1(a)(2), the DNC has conferred with the existing parties. Defendants Berger, Bagnuola, and Stavisky and Proposed Defendant-Intervenors NAACP and NAACP New York State Conference consent to the motion. Proposed Defendant-Intervenor League of Women Voters of New York State does not oppose the motion. The United States, the State of New York, and Defendants, Casale, Kosinski, and Riley take no position on the motion.

WHEREFORE, the Democratic National Committee respectfully requests that this Court grant its motion for leave to file an amicus brief in the above-captioned matter.

Respectfully submitted,                                  Dated: December 31, 2025

*/s/ Daniel J. Freeman*
Daniel Freeman (Bar No. 520443)
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
Telephone: (202) 863-8000
Email: freemand@dnc.org

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system

                                              */s/ Daniel J. Freeman*
                                              Daniel J. Freeman
                                              Democratic National Committee
                                              430 South Capitol Street SE
                                              Washington, DC 20003