**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

---

UNITED STATES OF AMERICA,

        *Plaintiff*,

    v.

BOARD OF ELECTIONS OF THE
STATE OF NEW YORK, et al.,

        *Defendants.*

Case No. 1:25-cv-1338 (MAD) (PJE)

---

## MEMORANDUM OF LAW IN SUPPORT OF THE DEMOCRATIC NATIONAL COMMITTEE'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF

The Democratic National Committee (DNC) respectfully moves for leave to submit a brief in this matter as amicus curiae.  The DNC is the oldest continuing party committee in the United States, and its purposes and functions are to communicate the Democratic Party's position on issues, protect voters' rights, and aid the election of Democratic candidates nationwide, including by organizing citizens to register as Democrats and vote in favor of Democratic candidates.  The DNC represents millions of voters, including over 6,000,000 registered Democrats in New York.

This Court should exercise its discretion to allow the DNC to file an amicus brief.  Local Rule 7.2 prescribes the procedure for obtaining leave to file an amicus brief in this Court.  *See also James Square Nursing Home v. Wing*, 897 F. Supp. 682, 683 n.2 (N.D.N.Y. 1995) (describing this Court's "inherent authority to permit or deny an appearance as amicus curiae in a case").  "The usual rationale for *amicus curiae* submissions is that they are of aid to the court and offer insights not available from the parties."  *Onondaga Indian Nation v. New York*, No. 97-cv-

445, 1997 WL 369389, at *2 (N.D.N.Y. June 24, 1997) (quoting *United States v. El-Gabrowny*, 844 F. Supp. 955, 957 n.1 (S.D.N.Y. 1994)); *see also Pratt v. Indian River Cent. Sch. Dist.*, No. 7:09-cv-411, 2010 WL 11681606, at *3 (N.D.N.Y. Dec. 6, 2010) (recognizing courts often grants amicus status in "cases involving matters of public interest" (internal quotation omitted)). Ultimately, this Court enjoys "broad discretion" over whether to accept an amicus brief. *Hart v. Town of Guilderland*, No. 1:20-cv-475, 2020 WL 8411581, at *1 (N.D.N.Y. July 28, 2020) (quoting *Citizens Against Casino Gambling v. Kempthorne*, 471 F. Supp. 2d 295, 311 (W.D.N.Y. 2007)).

In this case, the U.S. Department of Justice demands a copy of the State of New York's complete, unredacted voter file, which includes the personal identifying information of over 6,000,000 registered Democrats. This demand forces registered Democrats and unregistered citizens who favor Democratic candidates to choose between electoral participation and data privacy. Conditioning the right to vote on the release of private information "creates an intolerable burden on that right." *Project Vote/Voting for America, Inc. v. Long*, 682 F.3d 331, 339 (4th Cir. 2012). In turn, the DNC has a significant protectable interest in the success for Democratic candidates, and pressure on Democrats to avoid registration or to remove themselves from the voter rolls would impose an intolerable burden on that interest. *See, e.g.*, *Paher v. Cegavske*, No. 3:20-cv-243, 2020 WL 2042365, at *2 (D. Nev. Apr. 28, 2020).

The DNC would also offer substantial expertise concerning the statutes at issue: Title III of the Civil Rights Act of 1960 (Title III), 52 U.S.C. §§ 20701-06, the National Voter Registration Act of 1993 (NVRA), 52 U.S.C. §§ 20501-11, and the Help America Vote Act of 2002 (HAVA), 52 U.S.C. §§ 20901-21145. The DNC routinely litigates matters under both the NVRA and HAVA. *See, e.g.*, *Republican Nat'l Comm. v. N.C. State Bd. of Elections*, No. 5:24-

cv-547 (E.D.N.C.) (HAVA); *Mi Familia Vota v. Fontes*, No. 2:22-cv-509 (D. Ariz.) (NVRA). More broadly, the DNC regularly works with state election officials to ensure that elections are conducted in a free, fair, and lawful manner and relies on the document retention requirements at the heart of Title III. *See also, e.g.*, Order, *United States v. Oregon*, No. 6:25-cv-1666 (D. Or. Nov. 21, 2025), ECF No. 38 (granting DNC leave to file amicus brief in related case).

For these reasons, this Court should grant the Democratic National Committee's motion for leave to file an amicus brief.

Respectfully submitted,                                    Dated: December 31, 2025


*/s/ Daniel J. Freeman*
Daniel Freeman (Bar No. 520443)
Democratic National Committee
430 South Capitol Street SE
Washington, DC 20003
Telephone: (202) 863-8000
Email: freemand@dnc.org