IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-1338 (MAD) (PJE) |

### [Proposed] Order

Upon consideration of the Motion for Leave filed by the Democratic National Committee, ECF No. \_\_\_\_, and any responses thereto, the Motion is hereby **GRANTED**. The Clerk of the Court is directed to docket the proposed amicus brief attached to the Motion.

**SO ORDERED.**

_____, 2026

_____
United States Magistrate Judge
Paul J. Evangelista