UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the Board of Elections of the State of New York; RAYMOND RILEY, III, in his official capacity as Co-Executive Director of the Board of Elections of the State of New York; PETER KOSINSKI, in his official capacity as Commissioner of the Board of Elections of the State of New York; HENRY BERGER, in his official capacity as Commissioner of the Board of Elections of the State of New York; ANTHONY CASALE, in his official capacity as Commissioner of the Board of Elections of the State of New York; ESSMA BAGNUOLA, in her official capacity as Commissioner of the Board of Elections of the State of New York; and the STATE OF NEW YORK,<br><br>        Defendants. | No. 1:25-CV-1338 (MAD/PJE)<br><br>NOTICE OF MOTION FOR LEAVE TO EXCEED PAGE LIMITS |

      **PLEASE TAKE NOTICE** of the United States of America's Motion for Leave to Exceed the 25-page limit in its Memorandum of Law in Support of its Motion to Compel Production of Federal Election Records pursuant to 52 U.S.C. § 20701 and in opposition to the motions to dismiss at Docs. 73-74 and 76-77. The United States respectfully requests that the Court enter an order granting the United States leave to exceed the page limits by six (6) pages in the body of its Memorandum of Law.

| | |
|---|---|
| DATED: January 6, 2026 | Respectfully submitted, |
| JOHN A. SARCONE III<br>Acting United States Attorney<br>Northern District of New York | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division<br><br>/s/ Eric V. Neff<br><br>ERIC V. NEFF<br>Acting Chief, Voting Section<br>Civil Rights Division<br><br>GREGORY DOLIN<br>Counsel<br>Civil Rights Division<br><br>JAMES T. TUCKER<br>Trial Attorney, Voting Section<br>U.S. Department of Justice<br>4 Constitution Square<br>150 M Street NE, Room 8.923<br>Washington, D.C. 20002<br>Telephone: (202) 598-9232<br>Email: james.t.tucker@usdoj.gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

    Respectfully submitted,

    */s/ Eric Neff*
    Eric Neff