UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK; KRISTEN ZEBROWSKI STAVISKY, in her official capacity as Co-Executive Director of the Board of Elections of the State of New York; RAYMOND RILEY, III, in his official capacity as Co-Executive Director of the Board of Elections of the State of New York; PETER KOSINSKI, in his official capacity as Commissioner of the Board of Elections of the State of New York; HENRY BERGER, in his official capacity as Commissioner of the Board of Elections of the State of New York; ANTHONY CASALE, in his official capacity as Commissioner of the Board of Elections of the State of New York; ESSMA BAGNUOLA, in her official capacity as Commissioner of the Board of Elections of the State of New York; and the STATE OF NEW YORK,<br><br>Defendants. | No. 1:25-CV-1338 (MAD/PJE)<br><br>**MEMORANDUM IN SUPPORT OF THE UNITED STATES' MOTION FOR LEAVE TO EXCEED PAGE LIMITS** |

Plaintiff United States of America respectfully submits this Memorandum of Law in support of its Motion for Leave to Exceed Page Limits in Local Rule 7.1(b)(1). The United States is responding to four motions to dismiss totaling 93 pages: (1) the Motion to Dismiss by Defendant State of New York at Doc. 74 (20 pages); (2) the Motion to Dismiss by Defendants Zebrowski Stavisky, Berger, and Bagnuola, the Democratic Board of Elections Members at Doc. 76 (26 pages); the Motion to Dismiss by Proposed Intervenor-Defendant League of Women Voters of

New York State at Doc. 73 (25 pages); and the Motion to Dismiss by Proposed Intervenors National Association for the Advancement of Colored People and the NAACP New York State Conference at Doc. 77 (22 pages) (collectively "Movants"). Pursuant to Local Rule 7.1(c), the United States has responded to Movants' motions by filing a Cross-Motion to Compel Production of Federal Election Records pursuant to 52 U.S.C. § 20701, et seq. and an accompanying Memorandum of Law that consolidates argument on that Cross-Motion with its opposition to all the Movants' respective motions to dismiss.

The issues addressed in the United States' Memorandum of Law are straightforward. Nevertheless, due to the voluminous briefing by the Movants, it is necessary for the United States to exceed the page limit by six (6) pages. The United States believes that its consolidated Memorandum in support of its Cross-Motion and in opposition to all motions to dismiss will facilitate the Court's review of the duplicative and overlapping arguments made by the Movants. *See* L.R. 7.1(c).

Accordingly, for the foregoing reasons, the United States respectfully requests that the Court grant its Motion for Leave to Exceed Page Limits and allow it to file a Memorandum of Law that is 31 pages long.

[The rest of this page left intentionally blank; signature page follows on next page]

| | |
|---|---|
| DATED: January 6, 2026 | Respectfully submitted, |

JOHN A. SARCONE III
Acting United States Attorney
Northern District of New York

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*/s/ Eric V. Neff*

ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

GREGORY DOLIN
Counsel
Civil Rights Division

JAMES T. TUCKER
Trial Attorney, Voting Section
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20002
Telephone: (202) 598-9232
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

      I hereby certify that on January 6, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

      Respectfully submitted,

      */s/ Eric Neff*
      Eric Neff