IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-01338-MAD-PJE |

**PROPOSED INTERVENOR-DEFENDANT LEAGUE OF WOMEN VOTERS OF NEW YORK STATE'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PROPOSED MOTION TO DISMISS AND RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

Proposed Intervenor-Defendant League of Women Voters of New York State (LWVNYS) respectfully moves this Court for leave to file the attached Reply in Support of Proposed Motion to Dismiss and Response to Plaintiff's Motion to Compel. The bases of this motion are as follows:

1. Plaintiff filed suit on September 25, 2025. ECF No. 1.

2. On October 24, Proposed Intervenor-Defendant LWVNYS moved to intervene. ECF No. 20.

3. On December 16, this Court granted the Plaintiff and Defendants' scheduling request, and ordered that all answers or motions directed to Plaintiff's Complaint be filed no later than December 30, 2025. ECF No. 68.

4. In the same letter in which Plaintiff informed the Court that Plaintiff and Defendants had agreed on a briefing schedule, it also indicated that Plaintiff no longer opposed the pending motions to intervene. ECF No. 66.

1

5. LWVNYS explained in its motion that it will participate in this litigation on any timeline set by the Court. ECF No. 20-1 at 19.

6. On December 30, 2025, LWVNYS filed a Motion for Leave to File, attaching its Proposed Motion to Dismiss. ECF No. 73. That motion remains pending.

7. Plaintiff subsequently filed a consolidated response to all pending motions to dismiss in which it responded, in part, to arguments raised by LWVNYS in its proposed motion. ECF No. 81-1. On that same date, Plaintiff filed its "Cross-Motion to Compel Production of Federal Election Records." ECF No. 81.

8. Permitting LWVNYS to file the attached Reply in Support of Proposed Motion to Dismiss and Response to Plaintiff's Motion to Compel concurrent with the Defendants filing their respective replies and response to Plaintiff's Motion promotes judicial efficiency, as it will ensure that LWVNYS's Motion to Dismiss will be before the Court on the same schedule as any related motion from the Defendants or any other party, and permit the Court to receive briefing on a unified schedule for all motions. *See 335-7 LLC v. City of New York*, No. 20 CIV. 1053 (ER), 2020 WL 3100085, at *4 (S.D.N.Y. June 11, 2020) ("Proposed Intervenors will be subject to the same briefing schedule regarding the defendants' pending motions to dismiss."); *see also Bldg. & Realty Inst. of Westchester & Putnam Cntys., Inc. v. State of New York*, No. 19-CV-11285-KMK, 2020 WL 5658703, at *7 (S.D.N.Y. Sep. 23, 2020).

9. Permitting LWVNYS leave to file the attached Reply in Support of Proposed Motion to Dismiss and Response to Plaintiff's Motion to Compel will also permit LWVNYS to comply with this Court's order that "Reply papers [are] due 1/20/25." ECF No. 68.

10. LWVNYS remains committed to following the existing deadlines in this case and not causing undue delay.

11. Conversely, requiring LWVNYS to wait to file until intervention is granted will result in piecemeal filings on related issues, delaying the ultimate resolution of this case.

12. As described in their prior Motion for Leave to File, no party opposed LWVNYS filing its Motion to Dismiss. *See* ECF No. 73.

## CONCLUSION

For the reasons stated above, Proposed-Intervenor Defendant League of Women Voters of New York State respectfully requests that this Court accepts for filing the attached Reply in Support of Proposed Motion to Dismiss and Response to Plaintiff's Motion to Compel.

Dated: January 20, 2026                     Respectfully submitted,

/s/ *Daniel S. Lenz*
Daniel S. Lenz*
Robert Brent Ferguson (N.Y. Bar No. 4890620)*
Sejal Jhaveri (N.Y. Bar No. 5396304)*
Renata O'Donnell (N.Y. Bar No. 5767561)*
Heather Szilagyi*
Alexis Grady*
Kate Hamilton*
Campaign Legal Center
1101 14th St. NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
bferguson@campaignlegalcenter.org
dlenz@campaignlegalcenter.org
sjhaveri@campaignlegalcenter.org
rodonnell@campaignlegalcenter.org
hszilagyi@campaignlegalcenter.org
agrady@campaignlegalcenter.org
khamilton@campaignlegalcenter.org

Maura Eileen O'Connor (N.Y. Bar No.

4312302)*
Brennan Center for Justice
at NYU School of Law
777 6th St. NW, Suite 1100
Washington, DC 20001
Tel: (202) 249-7190
oconnore@brennan.law.nyu.edu

Patrick Berry (N.Y. Bar No. 5723135)
Brennan Center for Justice
at NYU School of Law
120 Broadway, Suite 1750
Tel: (646) 292-8310
Fax: (212) 463-7308
berryp@brennan.law.nyu.edu

*Admitted pro hac vice*

*Counsel for Proposed Intervenor-Defendant
League of Women Voters of New York State*

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of January 2026, I caused to be served a copy of the above document on all counsel of record and parties via the ECF system.

*/s/ Daniel S. Lenz*
Daniel S. Lenz
