**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff*, | |
| v. | Case No. 1:25-cv-01338-MAD-PJE |
| BOARD OF ELECTIONS OF THE STATE OF NEW YORK, et al., | |
| *Defendants*. | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Proposed Intervenor-Defendants the National Association for the Advancement of Colored People and the NAACP New York State Conference respectfully provide the Court notice of supplemental authority supporting their pending proposed motion to dismiss. *See* Dkt. No. 77. Less than two weeks ago, in DOJ's parallel suit against Rhode Island, the district court entered an order dismissing the complaint on the grounds that DOJ failed to state a basis and sufficient purpose for its demand as required by Title III of the Civil Rights Act of 1960. *See United States v. Amore*, No. 1:25-cv-00639-MSM-PAS, 2026 WL 1040637 (D.R.I. Apr. 17, 2026), Dkt. No. 51 (attached as Exhibit A); *see also* Dkt. No. 77-1 at 18–20; Dkt. No. 89 at 9–15. The court also rejected DOJ's request to "cure" the problems with its initial demand letter, explaining that the letter "lacks a legally sufficient purpose" and therefore cannot be cured. Ex. A at 13.

Five courts have now dismissed DOJ's complaints in these cases, whereas not one has found it to have stated a valid claim.

Respectfully submitted,

Dated: April 28, 2026

/s/ *Aria C. Branch*

Andrew G. Celli, Jr. (Bar No. 105255)
Katherine Rosenfeld (Bar No. 511795)
Daniel M. Eisenberg (Bar No. 706811)
**EMERY CELLI BRINCKERHOFF ABADY
WARD & MAAZEL LLP**
One Rockefeller Plaza, 8th Floor
New York, NY 10020
T: (212) 763-5000
F: (212) 763-5001
acelli@ecbawm.com
krosenfeld@ecbawm.com
deisenberg@ecbawm.com

Aria C. Branch*
Christopher D. Dodge*
Tina Meng Morrison*
Omeed Alerasool*
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4490
F: (202) 968-4498
abranch@elias.law
cdodge@elias.law
tmengmorrison@elias.law
oalerasool@elias.law

* Application *pro hac vice* and Motion for
Limited Admission granted

*Counsel for Proposed Intervenors the National Association for the Advancement of Colored
People and the NAACP New York State Conference*

2