*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

<u>**JUDGMENT IN A CIVIL CASE**</u>

UNITED STATES OF AMERICA,
                      **Plaintiff,**

    **vs.**                                       **1:25-CV-1338**
                                                **(MAD/PJE)**

BOARD OF ELECTIONS OF THE STATE
OF NEW YORK; KRISTEN ZEBROWSKI STAVISKY;
RAYMOND RILEY, III; PETER KOSINSKI;
HENRY BERGER; ANTHONY CASALE;
ESSMA BAGNUOLA; STATE OF NEW YORK,
                      **Defendants.**

NATIONAL ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE;
NATIONAL ASSOCIATION FOR THE ADVANCEMENT
OF COLORED PEOPLE NEW YORK STATE CONFERENCE;
LEAGUE OF WOMEN VOTERS OF NEW YORK STATE;
                    **Intervenor Defendants.**

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Intervenor Defendants' motions to intervene (Dkt. Nos. 7, 20) are **GRANTED**; and the Court further **ORDERS** that Defendants' and Intervenor Defendants' motions to dismiss (Dkt. Nos. 73, 74, 76, 77) are **GRANTED**; and the Court further **ORDERS** that the Government's complaint (Dkt. No. 1) is **DISMISSED with prejudice**; and the Court further **ORDERS** that the Government's cross-motion to compel (Dkt. No. 81-1) is **DENIED as moot**; and the Court further **ORDERS** that the Clerk of the Court is directed to enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Mae A. D'Agostino, dated the 11th day of May, 2026.

DATED: July 10, 2026

                                Clerk of Court

                                s/Britney Norton

                                Britney Norton
                                Deputy Clerk