**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF ELECTIONS OF THE STATE OF NEW YORK; RAYMOND RILEY, III and KRISTEN ZEBROWSKI STAVISKY, in their official capacities as Co-Executive Directors of the Board of Elections of the State of New York; ESSMA BAGNUOLA, HENRY BERGER, ANTHONY CASALE, and PETER KOSINSKI, in their official capacities as Commissioners of the Board of Elections of the State of New York; and the STATE OF NEW YORK,<br><br>Defendants. | No. 1:25-CV-1338 (MAD/PJE) |

**NOTICE OF APPEAL**

Plaintiff United States of America, by and through the Attorney General, appeals to the United States Court of Appeals for the Second Circuit from this Court's Memorandum-Decision and Order granting the Motions to Dismiss by Defendants and Intervenors and denying the United States' Cross-Motion to Compel (ECF 101) and final judgment (ECF 102) entered in this action on July 10, 2026.

Dated: July 23, 2026

Respectfully submitted:

| | |
|---|---|
| JOHN A. SARCONE III<br>First Assistant U.S. Attorney<br>Northern District of New York | HARMEET K. DHILLON<br>Assistant Attorney General<br>Civil Rights Division |

2

2

JESUS A. OSETE
Principal Deputy Assistant Attorney General
Civil Rights Division

GREGORY DOLIN
Senior Counsel
Civil Rights Division

ERIC V. NEFF
Acting Chief, Voting Section

ANDREW G. BRANIFF
Acting Chief, Appellate Section


*/s/ James Thomas Tucker*
JAMES THOMAS TUCKER
Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.923
Washington, D.C. 20530
Telephone: (202) 307-2767
Email: james.t.tucker@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

Respectfully submitted,

*/s/ James Thomas Tucker*
James Thomas Tucker