# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



## ELECTRONIC NOTICE OF CIVIL APPEAL & CLERK'S CERTIFICATION

Dear Clerk of the Court,

Please take notice that on July 23, 2026 the court received a notice of appeal.  This notice serves to inform you of the pending appeal and provides you with the information needed to process the appeal.

I, JOHN M. DOMURAD, CLERK, U.S. District Court for the Northern District of New York, DO, HEREBY CERTIFY that the foregoing docket entries, with the exception of the documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the below listed action.

The following documents *are not* available electronically.  Please notify the Albany Clerk's Office if you need any of the following documents:

Docket No.(s):   This case is 100% electronic.

IN TESTIMONY WHERE OF, I have hereunto set my hand and caused the Seal of said Court to be hereto affixed at the City of Albany, New York, this 27th day of July, 2026.
By:

Clerk of Court

s/Daniel Krug
Deputy Clerk

## Case Information

| | |
|---|---|
| Case Name & Case No. | United States of America v. Board of Elections of the State of New York et al          1:25-cv-1338 |
| Docket No. of Appeal: | 103 |
| Document Appealed: | 101 & 102 |

Fee Status:    Paid __         Due __         Waived (IFP/CJA) _X_         IFP revoked __
Application Attached __         IFP pending before USDJ __

Counsel:              Retained _X_          Pro Se __

Time Status:              Timely _X_          Untimely __

Motion for Extension of Time:          Granted __          Denied __

Certificate of Appealability:          Granted __          Denied __          N/A